IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CARLTON HOWARD                                                                                          PETITIONER

v.                                    Case No. 1:25-cv-1023

DAVID NORWOOD                                                                                         RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 5. Judge Bryant recommends that the Court deny and dismiss without prejudice Carlton Howard's Petition for Writ of Habeas Corpus filed under 28 U.S.C. § 2254. ECF No. 1. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto.* Accordingly, Carlton Howard's Petition for Writ of Habeas Corpus (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of May, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge